IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/3/2019__

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,<br><br>Defendants. | Civil Action No.: 1:19-cv-07800 (LGS)<br><br>Notice of Partial Motion to Dismiss |

**PLEASE TAKE NOTICE** that with the accompanying Memoranda of Law in Support and upon all pleadings and exhibits annexed thereto in the above-captioned lawsuit, Plaintiff ADYB ENGINEERED FOR LIFE, INC., and through its undersigned counsel, shall move this Court, before the Honorable Lorna G. Schofield, United States District Court, 40 Foley Square, New York, New York, 10007, for an order granting Plaintiff's Partial Motion to Dismiss Defendants' EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC, Second, Third, Fourth, Fifth, Sixth and Seventh Claims for Relief in their Answer with Counterclaims pursuant to 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: November 27, 2019

*The parties are hereby directed to hold all motions in abeyance pending the outcome of the Court ordered mediation, currently scheduled for December 16, 2019. Accordingly, Plaintiff's Motion is DENIED without prejudice to renew once Plaintiff complies with Rule III.C.2. of the Court's Individual Practices -- if Plaintiff wishes to renew, it shall indicate that intention in the December 17, 2019, joint letter (see Dkt. No. 26).*
*Dated: December 3, 2019*
*New York, New York*

CITTONE DEMERS & ARNERI LLP

By: /s/Antoaneta V. Tarpanova
Antoaneta V. Tarpanova (AT-2287)
11 Broadway, Suite 615
New York, NY 10004
Tel. 212-624-0244
Email: atarpanova@cdalawllp.com
*Attorneys for Plaintiff*

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**