UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ADYB ENGINEERED FOR LIFE, INC., |
| Plaintiff, |
| -against- |
| EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC, |
| Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020

1:19-cv-07800-MKV

ORDER DENYING MOTION TO DISMISS AND SCHEDULING STATUS AND PRE-MOTION CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that Plaintiff's Partial Motion to Dismiss Defendants' Counterclaims is hereby DENIED without prejudice. Plaintiff's will be granted leave to re-file after a briefing schedule has been set.

It is further ORDERED that counsel appear before me for a Status and Pre-Motion Conference on **April 1, 2020 at 10:30AM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Counsel are further directed to submit a joint letter to the Court no later than **4:00PM on March 25, 2020.** The parties should append the most recent complaint and the most recent scheduling order to the status letter. The letter should be filed on ECF. The status letter may not exceed 6 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, the counterclaims, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture and upcoming deadlines, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order, Case Management Plan, or deadlines remain in effect notwithstanding the case's transfer. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline or conference.

**SO ORDERED.**

**Date: February 14, 2020**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**