UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADYB ENGINEERED FOR LIFE, INC.,

                Plaintiff,

          -against-

EDAN ADMINISTRATION SERVICES
(IRELAND) LTD. and POM
ADVANCED ARMOR SOLUTIONS
LLC,

                Defendants.

1:19-cv-07800-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that Defendants/Counterclaim Plaintiffs Edan Administration

Services (Ireland) Ltd. ("EDAN") and POM Advanced Armor Solutions LLC ("PAAS") request

for leave to file a motion pursuant to the Hague Convention [ECF 74] is GRANTED.  EDAN

and PAAS should file their motion no later than March 13, 2020.  ADYB Engineered for Life,

Inc. may file a response on or before March 20, 2020.  Any reply from EDAN and PAAS will

then be due March 25, 2020.

FURTHERMORE, Counterclaim Defendant Hananya Cohen's Motion to Dismiss

Defendants' Counterclaims [ECF 76] will not be acted upon for failure to comply with the

Court's Individual Rules of Practice in Civil Cases, which are available online at

https://nysd.uscourts.gov/hon-mary-kay-vyskocil.  The Clerk of the Court is directed to close the

Motion at ECF 76.


**SO ORDERED.**

**Date:  March 6, 2020**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**