UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2020

ADYB ENGINEERED FOR LIFE, INC.,

    Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,

    Defendants.

1:19-cv-07800-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS Defendants filed a Motion for Discovery under the Hague Convention on March 9, 2020 [ECF No. 81] and Plaintiff filed a response on March 23, 2020 stating that it does not oppose the Motion [ECF No. 84], Defendants' Motion is hereby GRANTED.

**SO ORDERED.**

Date: **April 3, 2020**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**