UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2020
```

ADYB ENGINEERED FOR LIFE, INC.,

Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,

Defendant.

1:19-cv-7800-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Conference scheduled to take place on Tuesday, April 21, 2020 at 10:00AM will be held by telephone. All Parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

**SO ORDERED.**

Date: April 20, 2020
New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**