UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADYB ENGINEERED FOR LIFE, INC.,

                  Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES LTD.
and POM ADVANCED ARMOR
SOLUTIONS LLC,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2020

1:19-cv-7800-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic Status Conference and Pre-Motion Conference on April 21, 2020 at 10:00AM. Counsel for all named parties and potential Counterclaim parties were in attendance. In accordance with the matters discussed at that conference, it is hereby ORDERED that:

- All Motions must be filed or updated no later than May 1, 2020. This includes:
  - Motion by Plaintiff ADYB Engineered for Life, Inc. to Dismiss the Amended Counterclaims.
  - Motion by Defendants EDAN Administration Services Ltd. and POM Advanced Armor Solutions LLC to Join Hananya Cohen as a Counterclaim Defendant.
  - Motion by Purported Counterclaim Defendant Hananya Cohen to Dismiss the Amended Counterclaims.
- Any Oppositions to these motions must be filed on or before May 22, 2020.
- Any Replies in support of the motions must be filed on or before June 5, 2020.

Furthermore, the parties will submit to chambers no later than April 29, 2020, via email, in Microsoft Word format, (i) a proposed order amending the caption, and (ii) a proposed amended case management plan and scheduling order adjusting the deadlines for discovery in light of the COVID-19 epidemic.

**SO ORDERED.**

**Date:   April 27, 2020**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**