IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDAN ADMINISTRATION SERVICES LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,<br><br>　　　　　　　Defendants. | 1:19-cv-07800 (MKV)(JLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/8/2020 |

~~PROPOSED~~ ORDER AMENDING CAPTION

Pursuant to the Parties' agreement at the April 21, 2020 status conference, the caption in this action is hereby amended to:

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDAN ADMINISTRATION SERVICES (IRELAND) LTD. (aka EDAN ADMINISTRATION SERVICES LTD.) and POM ADVANCED ARMOR SOLUTIONS LLC,<br><br>　　　　　　　Defendants. | 1:19-cv-07800 (MKV)(JLC) |

Dated: June 8, 2020　　　　　　　　　　　　　　　*/s/ Mary Kay Vyskocil*
New York, New York　　　　　　　　　　　　**Hon. Mary Kay Vyskocil**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**