```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADYB ENGINEERED FOR LIFE, INC.,

        Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,

        Defendant.

1:19-cv-7800-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Post-Discovery Conference scheduled for January 26, 2021, at 11:00 AM is adjourned to **March 2, 2021, at 12:30 PM.** The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    On or before **February 16, 2021**, the Parties shall submit a joint letter regarding the status of the case. The parties should consult the Court's Individual Practice Rules with respect to what must be included in the pre-conference letter. Particular attention should be paid to the following:

- a brief description of the discovery undertaken and if either party believes any additional discovery remains outstanding;
- a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;
- a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (see Individual Practice Rules ¶4(A)(i));
- if any party anticipates motion practice, a proposed briefing schedule;
- trial preparation, including a statement of the anticipated length of trial and whether the case is to be tried to a jury;

    If either or both parties anticipate filing a motion for summary judgment, that party's pre-motion letter in anticipation of the motion, accompanied by a Rule 56.1 Statement as required by the Court's Individual Practices, must be filed by **February 16, 2021**. The nonmoving party must submit a response, along with a Rule 56.1 Counter-Statement, by **February 22, 2021**. If both parties intend to move for summary judgment, they should coordinate their letters and Rule 56.1

statements to ensure only one complete set is filed (*i.e.*, two letters, one 56.1 statement, and one 56.1 counter-statement).  This may require the parties to simultaneously file the documents on the same day.

If no summary judgment motion is anticipated, the post-discovery conference will serve as a pretrial conference.  The parties should be prepared to discuss scheduling of trial and all pretrial matters.

Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days prior to the expiration of the date sought to be extended.

**Failure to comply with the deadlines set forth herein may result in sanctions, including preclusion or dismissal of claims or defenses.**


**SO ORDERED.**

**Date:  December 29, 2020**                                           **MARY KAY VYSKOCIL**
**New York, NY**                                                       **United States District Judge**