IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021
```

--------------------------------------------------------------------x

ADYB ENGINEERED FOR LIFE, INC.,

    Plaintiffs,                                        1:19-cv-7800

EDAN ADMINISTRATION SERVICES (IRELAND), LTD. and POM ADVANCED ARMOR SOLUTIONS, LLC,

    Defendants.

--------------------------------------------------------------------x

## ORDER

*Whereas*    In the post-discovery conference held on March 2, 2021, Counsel for Defendants represented to the Court that the evidence initially sought from Mr. Haim Halfon in Israel pursuant to Hague Convention of 19 March 1970 on Taking of Evidence Abroad in Civil or Commercial Matters (ECF 87 and 97) (the "Letter of Request"), is no longer required; and

*Whereas*    in the same conference, Counsel for Defendants represented to the Court that the Israeli court in which the Letter of Request is currently pending requires an order from this Court that it no longer seeks or otherwise requires such evidence or testimony from Mr. Halfon;

It is hereby **ORDERED,** that the Letter of Request (ECF 97) is terminated and no evidence or discovery is being sought from Mr. Halfon.

**SO ORDERED.**

Date: April 7, 2021
New York, NY

                        MARY KAY VYSKOCIL
                        United States District Judge