

**MEMORANDUM ENDORSEMENT**

ANTOANETTA TARPANOVA
PHONE  212.710.5619
FAX  212.624.0244
ATARPANOVA@CDALAWLLP.COM

**VIA ECF & Email**                                                                April 13, 2021
Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 6-B
New York, NY 10007-1312

Re:  <u>ADYB Engineered for Life, Inc. v. EDAN et al. 1:19 cv 7800-MKV</u>

Dear Judge Gorenstein:

We represent Plaintiff ADYB in the above captioned case and write with the consent of counsel for defendants, EDAN Administration Services (Ireland) Ltd., POM Advanced Armor Solutions, LLC and Edwin Cohen, to respectfully request an adjournment of the settlement conference, which is currently scheduled for Monday, May 17, 2021 at 10:00 a.m. May 17th falls on the Jewish Holiday of Shavuot, which extends through May 18th. The parties observe Shavuot and cannot participate on that date.

We have confirmed availability with all parties and respectfully propose July 21st, 2021 at 10 am for the conference.

**The parties' request to adjourn the conference to July 21, 2021 at 10:00 a.m. is granted. Submissions are due July 15, 2021.**

**So Ordered.**

Respectfully submitted,

*[signature]*

Antoaneta V. Tarpanova

Henry J. Cittone
*Attorney for Plaintiffs*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 13, 2021