```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADYB ENGINEERED FOR LIFE, INC.,

                Plaintiff,

-v.-

EDAN ADMINISTRATION SERVICES LTD.
and POM ADVANCED ARMOR
SOLUTIONS LLC,

                Defendants.

19 CV 7800 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    On August 1, 2022, the parties filed a letter seeking certain clarifications with respect to submissions due on August 12, 2022 and the trial scheduled to commence on October 24, 2022. [ECF No. 218].  As a preliminary matter, the Court will not advise the parties on how to prosecute their case.  Any evidence the parties intend to introduce at trial must comply with the Federal Rules of Evidence.

    With respect to pretrial submissions, the parties are directed to comply with this Court's individual rules.  Should any submissions be too voluminous to send *via* email, the parties may instead submit to the Court a flash drive containing those materials.  The parties' deadline to submit to the Court two courtesy copies of all documents identified in section 7 of this Court's individual rules is extended to August 16, 2022.

    Trial logistics will be discussed at the Final Pretrial Conference on September 29, 2022.

SO ORDERED.

Dated:  August 2, 2022
          New York, New York

*/s/ Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge