```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADYB ENGINEERED FOR LIFE, INC.,

                Plaintiff,

          -v.-

EDAN ADMINISTRATION SERVICES LTD.
and POM ADVANCED ARMOR
SOLUTIONS LLC,

                Defendants.

19 CV 7800 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge

    The Court is in receipt of several emails from the parties providing the Court with copies of affidavits constituting the direct testimony of each trial witness and documentary exhibits. Those emails also contain pdf cover letters addressed to the Court as well as letters designating witnesses.

    IT IS HEREBY ORDERED that any letters addressed to the Court that the parties have already emailed to the Court's chambers inbox shall be filed on the docket no later than August 22, 2022. Moving forward, any letters addressed to the Court shall be filed on the docket.

    IT IS FUTHER ORDERED that, should the parties have any disputes with respect to the designation of witnesses, the parties must confer in good faith, in person or by telephone, on or before August 25, 2022, in an effort to resolve the dispute.

    IT IS FURTHER ORDERED that, should the parties be unable to amicably resolve the dispute, the parties may file on ECF, on or before August 30, 2022, a **joint** letter, not to exceed four pages, explaining the nature of the dispute and setting forth the position of each party with respect to the disputed issue, and requesting an informal conference.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge