UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ADYB ENGINEERED FOR LIFE, INC.,

                    Plaintiff,

       -against-                                   1:19-cv-07800-MKV

EDAN ADMINISTRATION SERVICES                  NOTICE OF ADJOURNMENT OF FINAL
(IRELAND) LTD. and POM                               PRETRIAL CONFERENCE
ADVANCED ARMOR SOLUTIONS
LLC,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2022

MARY KAY VYSKOCIL, United States District Judge:

The Final Pretrial Conference scheduled for September 29, 2022 is adjourned to October 18, 2022 at 1:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the conference.

**SO ORDERED.**

Date:  **September 22, 2022**
       New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**