```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADYB ENGINEERED FOR LIFE, INC.,

               Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,

               Defendants.

1:19-cv-07800-MKV

TRIAL SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of the parties' Joint Letter dated December 12, 2022. [ECF No. 251.] The bench trial previously scheduled to begin on April 11, 2023 is ADJOURNED to November 13, 2023. The final pretrial conference scheduled for April 4, 2023 at 2:00 PM is ADJOURNED to November 7, 2023 at 2:00 PM. The deadline to submit Opening Statement Briefs is ADJOURNED to October 2, 2023 and the deadline for hard copy Exhibits is likewise ADJOURNED to October 9, 2023.

      The Clerk of Court is respectfully requested to terminate docket entry 251.

**SO ORDERED.**

*[signature: Mary Kay Vyskocil]*

Date: **December 13, 2022**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**