UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2023

ADYB ENGINEERED FOR LIFE, INC.,

    Plaintiff,

-against-

EDAN ADMINISTRATION SERVICES (IRELAND) LTD. and POM ADVANCED ARMOR SOLUTIONS LLC,

    Defendants.

1:19-cv-7800 (MKV)

ORDER DENYING MOTION *IN LIMINE*

MARY KAY VYSKOCIL, United States District Judge:

    The motion pending at ECF No. 231 is DENIED without prejudice to renewing 45 days before trial. The Clerk of Court is respectfully requested to terminate docket entry 231.

**SO ORDERED.**

Date: **January 26, 2023**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**