

ANTOANETA V. TARPANOVA  
PHONE  718.690.1925  
FAX  212.624.0244  
ATARPANOVA@CDALAWLLP.COM  

August 31, 2023

**By ECF**  
Hon. Arun Subramanian  
SDNY  
500 Pearl Street, Courtroom 15A  
New York, NY

    Re:  <u>Motion Letter- 1:19 cv 7800-AS</u>

Dear Hon. J. Subramanian:

 We represent ADYB Engineered for Life, Inc. ("ADYB", "Plaintiff") and counterclaimant Mr. Hananya Cohen in the above referenced matter.

 Pursuant to the Court's Scheduling Order (ECF # 260) the parties are to appear for a conference with the Court on September 7th, 2023.

 Today Defendant's counsel has sent a letter requesting the conference to be adjourned to the week of September 11th (ECF # 261).

 While we have not been previously approached by Defendant's counsel regarding this request and even though we are available to appear at the conference as scheduled, we extend the courtesy and consent to the adjournment.

   Dated:  August 31, 2023

                   Respectfully submitted,

                   CITTONE DEMERS &  
                   ARNERI, LLP

                   <u>By: /s/ Antoaneta V. Tarpanova</u>  
                   Antoaneta V. Tarpanova  
                   Henry J. Cittone, Esq.  
                   11 Broadway, Suite 615  
                   New York, NY 10004  
                   *Attorneys for Plaintiff*

---

The Court thanks Plaintiffs for submitting a letter motion, as required by the Court's Individual Practices. The parties are reminded to review the Court's Practices, including the requirement to confer before requesting extensions and adjournments.

The adjournment is GRANTED. The conference will now take place at 10:45 a.m. on September 11, 2023. The Clerk of Court is directed to terminate ECF No. 262.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.  
Date: August 31, 2023