UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADYB ENGINEERED FOR LIFE, INC.,

                              Plaintiff,

            -against-

EDAN ADMINISTRATION SERVICES
(IRELAND) LTD., et al.,

                              Defendants.

19-cv-7800 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

On September 11, 2023, the Court held a status conference with the parties. Pursuant to the discussion held at that conference, the Court ORDERS the following:

1. The October 16, 2023, conference will be held by teleconference. The parties should call 646-453-4442 and enter Phone Conference ID 109 216 847, followed by the pound sign (#).

2. Consistent with this Court's Individual Practices for Hearings and Trials, the parties are encouraged to use electronic copies of exhibits as much as possible. Hard copies are not required. Any exhibits sought to be admitted should be provided to the Court in advance by email. If email is not feasible due to the size of the exhibits, the parties can request, by email, access to the Court's file-transfer protocol.

3. The parties should **not** submit opening-statement briefs. Consistent with the Court's Individual Practices in Civil Cases, as further discussed below, the parties should make the Required Pretrial Filings, including proposed findings of fact and conclusions of law.

4. By **October 27, 2023, at 5:00 p.m.**, as specified in the Court's Individual Practices in Civil Cases, the parties should file the Joint Pretrial Order and Required Pretrial Filings; and submit to the Court the Exhibits and Exhibit Lists, and Additional Submissions in Non-Jury Cases. These submissions include affidavits constituting the direct testimony of each trial witness. If the parties wish to submit revised affidavits, adding material to the affidavits previously submitted to the Court prior to reassignment of this case, they are free to do so (subject, of course, to compliance with the Court's Individual Practices, the Federal Rules of Civil Procedure, and Federal Rules of Evidence). This may include, for example, material that counsel for the ADYB Parties wishes to address with Col. Gatanas and Cmdr. Maston, as discussed at the September 11 conference. No party, however, will be permitted to examine a witness live unless another party has indicated that they intend

to cross-examine that witness. This resolves the parties' dispute as reflected in Dkt. 241. The parties should follow this Court's Individual Practices in all respects and are reminded that evidence, including witness testimony, will be considered only to the extent that it is admissible under the Federal Rules of Evidence.

SO ORDERED.

Dated: September 11, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge