UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC.,<br><br>         Plaintiff,<br><br>    -against-<br><br>EDAN ADMINISTRATION SERVICES (IRELAND) LTD., et al.,<br><br>         Defendants. | 19-cv-7800 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the discussion at the October 16, 2023, status conference:

1. By October 20, 2023, at 5:00 p.m., Defendants SHALL submit a letter, not to exceed five pages, supplementing its earlier filings on whether Plaintiff's updated damages estimates were untimely. In particular, the letter should address any prejudice to Defendants in light of the year-long trial adjournment. Plaintiff SHALL submit a responsive letter, not to exceed five pages, by October 27, 2023, at 5:00 p.m.

2. Considering the risks and expense of trial, Plaintiff should make a renewed settlement demand on Defendants by October 20, 2023, at 5:00 p.m. Defendants should consider Plaintiff's demand and respond with a good-faith offer by October 27, 2023, at 5:00 p.m. If the parties believe a court-appointed mediator or magistrate judge would be helpful, they should not hesitate to contact the Court.

SO ORDERED.

Dated: October 16, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge