UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>EDAN ADMINISTRATION SERVICES (IRELAND) LTD., et al.,<br><br>                Defendants. | 19-cv-7800 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at the November 7 conference:

1. Motion in limine #1 (*see* Dkt. 271) is DENIED.
2. Motion in limine #2 is GRANTED.
3. Motion in limine #3 is GRANTED.
4. Motion in limine #4 is GRANTED.
5. Motion in limine #5 is DENIED.
6. Motion in limine #6 is DENIED.
7. Motion in limine #7 is GRANTED.
8. Motion in limine #8 is GRANTED.
9. Defendants' objections to Plaintiff Hananya Cohen's use of his own deposition transcript are SUSTAINED.
10. By November 10, 2023, at 5:00 p.m., the parties shall submit a joint letter addressing added statements in the supplemental affidavits alleged to be inadmissible hearsay or opinion testimony.

The Clerk of Court is directed close ECF Nos. 271-80. SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                    United States District Judge