UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADYB ENGINEERED FOR LIFE, INC. et al., <br><br> Plaintiffs, <br><br> -against- <br><br> EDAN ADMINISTRATION SERVICES (IRELAND) LTD et al., <br><br> Defendants. | 19-cv-7800 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It has come to the Court's attention that the parties did not order the transcripts for the final pretrial conference and closing arguments in this case. The parties shall order those transcripts by March 25, 2024.

SO ORDERED.

Dated: March 22, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge