**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
ADYB ENGINEERED FOR LIFE, INC. et al.,

                    Plaintiffs,

      -against-                                              19 **CIVIL** 7800 (AS)

### **JUDGMENT**

EDAN ADMINISTRATION SERVICES (IRE-LAND) LTD et al.,

                    Defendants.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 13, 2024, the Court has awarded 7% in EDAN to Hananya, but the parties' requests for relief are otherwise DENIED. Judgment is entered in favor of Hananya on his breach-of-contract claim seeking 7% of EDAN. Otherwise, judgment is entered for Defendants on Plaintiffs' claims and for Plaintiffs on Defendants' claims. The conditional assignment for Patent No. 8402876 at Reel/Frame No. 055346/0892 is CANCELED; accordingly, the case is closed.

**Dated:** New York, New York

      May 13, 2024

                                                             **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                                **Deputy Clerk**